# CARRIE REPORTING, LLC

4021 North 75th Street
Suite 101
Scottsdale, AZ 85251
Office 480-429-7573
Fax 480-429-0033

# *INVOICE*

Invoice Number: CS772
Invoice Date: 3/5/09
Tax ID 26-0715268
Certified Court Reporter #50355

**BILL TO:**

Barbara McCloud
Snell & Wilmer
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202

**CAPTION:**

Murray v. Principal Financial Group
CIV 08-1094-PHX-SRB

**SCHEDULED:** 2/17/09

**REPORTER:** Barbara Stockford

| DESCRIPTION | AMOUNT |
|---|---|
| ASCII File (Rough) | 167.00 |
| Deposition Transcript of Patricia Murray, 167 Pages - O/1 | 646.25 |
| Exhibits - scanned | 74.00 |
| E-Transcript | 25.00 |
| Delivery | 18.00 |
| Reporting Services | 220.00 |

Terms: Payable upon receipt. Please write the invoice number of your payment.

**TOTAL $ 1,150.25**

*Thank you for choosing Carrie Reporting, LLC.*

Attachment A

# ATWOOD REPORTING SERVICE

3030 North Central Avenue, Suite 404, Phoenix, AZ 85012
(602) 230-8448 FAX (602) 230-0892 1-800-SUNDEPO
WEB SITE www.atwoodreporting.com E-MAIL ars@atwoodreporting.com
Federal Tax ID #04-3645409

RECEIVED VIA HAND DELIVERY

MAR 1 9 2009

SNELL & WILMER

SNELL & WILMER L.L.P.
ONE ARIZONA CENTER
400 E. VAN BUREN ST.
PHOENIX, AZ 85004

ATTN: STEPHANIE R. LEACH

MURRAY V. PRINCIPAL FINANCIAL GROUP. INC
DEPO OF ROBERT CASTELLANI
MARCH 3, 2009 - CV08-1094-PHX-SRB

**INVOICE NO. :** 20090559
**INVOICE DATE:** 3/19/2009
**REPORTER:** DAVID M. LEE

**ID#** 04-3645409

| Date | Description | Amount |
|------|-------------|--------|
| 3/03/2009 | ROBERT CASTELLANI - 117 PGS | |
| | TRANSCRIPT (COPY) | 315.90 |
| | KEYWORD INDEX - 21 PGS | 47.25 |
| | EXHIBITS (B&W) - 112 PGS | 28.00 |
| | E-TRANSCRIPT | 25.00 |
| | BINDING | 1.50 |
| | DELIVERY & HANDLING | 15.00 |
| | **Sub Total** | 432.65 |
| | **Paid** | 0.00 |
| | **Balance Due** | 432.65 |

Real-Time Translation - e-Transcripts - ASCII Disks
Compressed Transcripts - Word Index Reports
Deposition Suite Available
*Serving the Phoenix Legal Community Since 1971*

Attachment A

# ATWOOD REPORTING SERVICE

3030 North Central Avenue, Suite 404, Phoenix, AZ 85012
(602) 230-8448 FAX (602) 230-0892 1-800-SUNDEPO
WEB SITE www.atwoodreporting.com E-MAIL ars@atwoodreporting.com
Federal Tax ID #04-3645409

SNELL & WILMER L.L.P.
ONE ARIZONA CENTER
400 E. VAN BUREN ST.
PHOENIX, AZ 85004

**INVOICE NO. :** 20090682
**INVOICE DATE:** 4/03/2009

**REPORTER:**
PHYLLIS RISSKY

ATTN: BARBARA MCCLOUD

**ID#** 04-3645409

MURRAY V. PRINCIPAL FINANCIAL GROUP
DEPO OF ROBERT J. THOMPSON
MARCH 23, 2009 - CV08-1094-PHX-SRB

| Date | Description | Amount |
|------|-------------|--------|
| 3/23/2009 | ROBERT J. THOMPSON - 104 PGS | |
| | TRANSCRIPT (COPY) | 280.80 |
| | MINI-SCRIPT | 26.00 |
| | KEYWORD INDEX - 19 PGS | 42.75 |
| | EXHIBITS (B&W) - 90 PGS | 22.50 |
| | E-TRANSCRIPT | 25.00 |
| | ROUGH DRAFT ASCII DISK | 130.00 |
| | BINDING | 3.00 |
| | DELIVERY & HANDLING | 15.00 |
| | **Sub Total** | 545.05 |
| | **Paid** | 0.00 |
| | **Balance Due** | 545.05 |

Real-Time Translation - e-Transcripts - ASCII Disks
Compressed Transcripts - Word Index Reports
Deposition Suite Available
*Serving the Phoenix Legal Community Since 1971*

Attachment A

# HUNEY-VAUGHN COURT REPORTERS, LTD.

## INVOICE

**CERTIFIED SHORTHAND REPORTERS**
604 Locust St. — Suite 307 — Des Moines, Iowa 50309
(515) 288-4910

TAX ID #42-1431692

### RECEIVED

APR 1 0 2009

### SNELL & WILMER

ATT: BARBARA L. McCLOUD
SNELL & WILMER
400 E. VAN BUREN
ONE ARIZONA CENTER
PHOENIX      AZ 85004

INVOICE #:00121130
DATE:04/08/09
TERMS:  .0%/  0

COURT/CASE #:
MURRAY VS. PRINCIPAL

JOB #:MURR.PRIN001
CLAIM #:

| ACTIVITY DESCRIPTION | DATE | REPORTER | AMOUNT |
|---|---|---|---|
| ROUGH ASCII END OF DAY | 03/26/09 | /JD | |
| COPY OF DEPOSITION | 03/26/09 | /JD | |
| DEPO NICHOLAS M. CECERE | | | |
| EXHIBITS | 03/26/09 | /JD | |
| COMPLIMENTARY WORD INDEX | 03/26/09 | /JD | |
| | | | 128.40 |
| ROUGH ASCII END OF DAY | 03/26/09 | /JD | |
| COPY OF DEPOSITION | 03/26/09 | /JD | |
| DEPO KYLE SELBERG | | | |
| COMPLIMENTARY WORD INDEX | 03/26/09 | /JD | |
| | | | 124.80 |
| ROUGH ASCII END OF DAY | 03/26/09 | /JD | |
| COPY OF DEPOSITION | 03/26/09 | /JD | |
| DEPO JANICE SWANSON | | | |
| COMPLIMENTARY WORD INDEX | 03/26/09 | /JD | |
| | | | 368.40 |
| TRAV. TRANS. - SUB. FOR COPY | 03/26/09 | | |

|  |  |
|---|---|
| SUBTOTAL | $  621.60 |
| SALES TAX | .00 |
| TOTAL DUE | $  621.60 |

WE APPRECIATE YOUR BUSINESS!

**REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT**

HUNEY-VAUGHN COURT REPORTERS, LTD.
604 LOCUST ST. — SUITE 307
DES MOINES, IOWA 50309

| INVOICE # | INVOICE DATE | AMOUNT |
|---|---|---|
| 00121130 | 04/08/09 | $   621.60 |

| CUST. # | ATTY. # | JOB # |
|---|---|---|
| SNEL02 | MCCLOB | MURR.PRIN001 |

TAX ID #42-1431692

Attachment A

| | | | | |
|---|---|---|---|---|
| 9400 | WESTLAW RESEARCH | 04/14/09 | 1 | 5.00 | 5.00 |
| | KCH | | | | |
| 9600 | SCANNING | 04/14/09 | 15 | 0.10 | 1.50 |
| 9600 | SCANNING | 04/14/09 | 15 | 0.10 | 1.50 |
| 9600 | SCANNING | 04/14/09 | 15 | 0.10 | 1.50 |
| 9600 | SCANNING | 04/14/09 | 37 | 0.10 | 3.70 |
| 9600 | SCANNING | 04/14/09 | 37 | 0.10 | 3.70 |
| 9600 | SCANNING | 04/14/09 | 17 | 0.10 | 1.70 |
| 9600 | SCANNING | 04/14/09 | 15 | 0.10 | 1.50 |
| 9160 | PHOTOCOPY | 04/14/09 | 1 | 0.20 | 0.20 |
| 9600 | SCANNING | 04/21/09 | 15 | 0.10 | 1.50 |
| 9600 | SCANNING | 04/21/09 | 7 | 0.10 | 0.70 |
| 9600 | SCANNING | 04/21/09 | 2 | 0.10 | 0.20 |
| 9160 | PHOTOCOPY | 04/21/09 | 79 | 0.20 | 15.80 |
| 9600 | SCANNING | 04/22/09 | 16 | 0.10 | 1.60 |
| 9600 | SCANNING | 04/22/09 | 13 | 0.10 | 1.30 |
| 9600 | SCANNING | 04/22/09 | 3 | 0.10 | 0.30 |
| 9600 | SCANNING | 04/22/09 | 5 | 0.10 | 0.50 |
| 9600 | SCANNING | 04/22/09 | 1 | 0.10 | 0.10 |
| 9600 | SCANNING | 04/24/09 | 136 | 0.10 | 13.60 ✳ |
| 9600 | SCANNING | 04/24/09 | 117 | 0.10 | 11.70 ✳ |
| 9600 | SCANNING | 04/29/09 | 1 | 0.10 | 0.10 |
| 9600 | SCANNING | 04/29/09 | 15 | 0.10 | 1.50 |
| 9600 | SCANNING | 04/29/09 | 2 | 0.10 | 0.20 |
| 9600 | SCANNING | 04/29/09 | 4 | 0.10 | 0.40 |
| 9600 | SCANNING | 04/29/09 | 5 | 0.10 | 0.50 |
| 9600 | SCANNING | 04/29/09 | 3 | 0.10 | 0.30 |
| 9600 | SCANNING | 04/29/09 | 16 | 0.10 | 1.60 |
| 9600 | SCANNING | 04/29/09 | 3 | 0.10 | 0.30 |
| 9600 | SCANNING | 04/29/09 | 14 | 0.10 | 1.40 |
| 9600 | SCANNING | 04/29/09 | 5 | 0.10 | 0.50 |
| 9600 | SCANNING | 04/29/09 | 7 | 0.10 | 0.70 |
| 9600 | SCANNING | 04/29/09 | 12 | 0.10 | 1.20 |
| 9600 | SCANNING | 04/29/09 | 7 | 0.10 | 0.70 |
| 9600 | SCANNING | 04/29/09 | 10 | 0.10 | 1.00 |
| 9600 | SCANNING | 04/29/09 | 4 | 0.10 | 0.40 |

Attachment A